JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ, | CV 20-4596 PA (MAAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| GEYATH IBRAHIM et al., | |
| Defendants. | |

Pursuant to the Court's November 20, 2020 Minute Order dismissing this action for failure to comply with the Court's Order Setting Scheduling Conference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 20, 2020

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE